UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

STONEBRIDGE LIFE INSURANCE
COMPANY,                              Civil No. 14-2489 (NLH/KMW)

        Plaintiff,

v.                                    **ORDER**

SHERRY M. KISSINGER, et al.,

        Defendants.
_____

    This matter having come before the Court by way of motion [Doc. No. 20] of Plaintiff, Stonebridge Life Insurance Company, for interpleader relief; and the Court having previously granted Plaintiff's motion in part, having ordered Plaintiff to deposit funds with the Registry of the Court and having reserved decision on the remaining aspects of Plaintiff's application; and the Court having now addressed the additional relief requested by Plaintiff in the Opinion entered on this date; and for the reasons set forth in the Opinion filed on this date; and for good cause shown:

    IT IS on this   19th   day of   February  , 2015,

    **ORDERED** that Plaintiff's motion [Doc. No. 20] is hereby **GRANTED**; and it is further

**ORDERED** that Defendants shall interplead their rights to the sum deposited by Plaintiff into the Court's Registry; and it is further

**ORDERED** that Defendants are restrained from instituting any action against Plaintiff to recover the funds deposited into the Court's Registry; and it is further

**ORDERED** that Plaintiff is hereby discharged from all liability to Defendants and is hereby dismissed with prejudice subject to its application for attorney's fees, expenses and costs; and it is further

**ORDERED** that Plaintiff is awarded reasonable attorney's fees and costs.  Plaintiff is directed to submit its fee application within **ten (10) days** from the date of this Order.

                                                s/ Noel L. Hillman
                                                NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey